# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: Lee Bendick : Case No: 16-50462

Debtor(s) : Chapter 13 Judge: C KATHRYN PRESTON

: 341 Meeting 3/16/16 (not held)

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income_____    Below median income__X__

__X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

__X__ Debtor(s) failed to appear at the scheduled meeting of creditors. **341 Meeting not held as Debtor did not have valid proof of his social security number.**

__X__ **11 U.S.C. Section 1326(a)(1)**-Debtor(s) have failed to tender the following pre-confirmation payments not later than 30 days from the filing of the plan or petition (whichever is earlier): **Debtor has not tendered his first plan payment to the Chapter 13 Trustee.**

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for April 07, 2016, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: $500 x 6 months; $99,700.67 in month 7**

**Best Interest Dividend: 0%    Dividend: 0%**

**Length: 0 Months**

__X__ The Trustee anticipates the filing of an Amended Objection to Confirmation upon the conclusion of Debtor's 341 Meeting of Creditors.

Dated: March 21, 2016          Respectfully submitted,

**/s/ Frank M. Pees**
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

2

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: March 21, 2016                 **/s/ Frank M. Pees**
                                              Frank M. Pees
                                              Chapter 13 Trustee
                                              130 East Wilson Bridge Road #200
                                              Worthington, Ohio 43085-6300